IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 4:08cr29-SPM

JERRY SAPP,

      Defendant.
_____/

## **ACCEPTANCE OF GUILTY PLEA**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, JERRY SAPP, to Counts One and Nine of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 22nd day of October, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge