IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                      CASE NO.: 4:08cr29-SPM

JERRY SAPP,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, the Joint Motion for Continuance (doc. 239) is granted. Defendant's sentencing hearing his reset for 1:30 p.m. on April 20, 2009, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 16th day of January, 2009.

                           *s/ Stephan P. Mickle*
                           Stephan P. Mickle
                           United States District Judge