IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:08cr29-SPM

JERRY SAPP,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Motion to Continue Sentencing (doc. 373) is granted. Defendant's sentencing hearing his reset for 1:30 p.m. on July 20, 2009, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 9th day of April, 2009.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge