IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:08cr29-SPM

TERRY PATRICK TURNER,
JERRY SAPP.

        Defendants.
_____/

**ORDER AUTHORIZING DISCLOSURE**

Upon consideration, the Government's Motion to Unseal the Supplement to Plea Agreement for Limited Purpose of Pretrial Discovery (doc. 411) is granted. The Government may provide counsel for Defendant Terry Patrick Turner with a copy of the plea and cooperation agreement entered into by Jerry Sapp. The document, however, shall remain under seal on the docket.

SO ORDERED this 10th day of June, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge